# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2022

Lyle W. Cayce
Clerk

No. 20-61131
Summary Calendar

Issis Yaselin Hernandez-Arguijo,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A096 175 814

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Issis Yaselin Hernandez-Arguijo, a native and citizen of Honduras, petitions for review of the order by the Board of Immigration Appeals (BIA) upholding the immigration judge's denial of her motion to reopen. We lack jurisdiction to consider Hernandez-Arguijo's challenge to the discretionary

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-61131

decision not to reopen her proceedings sua sponte. *See Mejia v. Whitaker*, 913 F.3d 482, 490 (5th Cir. 2019).

Jurisdiction exists to review her arguments to the extent she contends that she was denied due process because the immigration judge disregarded her claims and did not act as a neutral arbiter. *See id.* However, her due process arguments are unavailing and not cognizable because "no liberty interest exists in a motion to reopen." *Id.*

Hernandez-Arguijo's petition is DISMISSED in part for lack of jurisdiction and DENIED in part.